## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF | ) | | |
| | ) | | |
| BRETT A. SCHULER | ) | CASE # | 04-36609 |
| JULIE L. SCHULER | ) | | CHAPTER 7 |
| | ) | | |
| DEBTOR(S) | ) | | |
| SS# 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 | ) | | |
| SS# 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 | ) | | |

## REAFFIRMATION AGREEMENT

Notwithstanding my/our having filed a petition for relief under the Bankruptcy code, being granted an order for relief, and any discharge hereafter, entered thereon, I/we nevertheless reaffirm and agree to pay my/our joint and several obligations under that certain written instrument dated April 28, 2004 and payable to Horizon Bank, N.A. by me/us according to the original terms and conditions as set out therein.

Loan # 4770026999 / 2003 Mercury Mountaineer

Receipt of this document is acknowledged.

Additional terms and conditions:

1) This agreement is executed by debtor(s) pursuant to section 524 of the bankruptcy code .

2) Debtor(s) agree that the amount of this reaffirmation does not exceed the value of the collateral securing the creditors claim.

(CONTINUED)

CASE NUMBER:  04-36609

## REAFFIRMATION AGREEMENT

### PAGE 2

3)    THE DEBTOR(S) ACKNOWLEDGE THAT THEY ARE AWARE THAT THIS REAFFIRMATION AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER SUCH AGREEMENT IS FILED WITH THE COURT;  WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RECISION TO THE HOLDER OF SUCH CLAIM.

4)    THIS AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, WHICH IS TITLE 11 OF THE UNITED STATES CODE, UNDER NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF 11 U.S.C. 524 (C).

5)    The debtor(s) agree to make $380.24 monthly payments each and every month according to the terms and conditions of the instrument dated April 28, 2004.

Dated:_____          DEBTOR:_____
                                                                    BRETT A. SCHULER
ATTORNEY:_____          DEBTOR:_____
               GARY J. SCHOOF                                JULIE L. SCHULER
APPROVED:
HORIZON BANK, N.A.

_____  DATED: January 6, 2005
COLLECTION MANAGER
AUTHORIZED REPRESENTATIVE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re:

BRETT A. SCHULER                )            CASE NO. 04-36609
JULIE L. SCHULER                )
Debtors                         )


DECLARATION OF ATTORNEY FOR DEBTORS TO ACCOMPANY REAFFIRMATION
AGREEMENT


The undersigned attorney for the Debtors declare that the attached Reaffirmation Agreement, dated _____, 20_____, between the Debtors and Horizon Bank, N.A. which is hereby submitted for filing with the court in the above-entitled case, represents a fully informed and voluntary agreement by the Debtors and does not impose and undue hardship on the Debtors or a dependent of the Debtors, and said attorney for the Debtors make this declaration based solely on information given to this attorney by the Debtors. The undersigned attorney has fully advised the Debtors of the legal effect and consequences of this agreement (pursuant to 11 U.S.C. SS 524 ©) and any default under this agreement.

_____
Brett Alan Schuler

_____
Julie Lynne Schuler

DATED: _____

DATED: _____

_____
Gary J. Schoof
SCHOOF, SZILAGYI & DAVIS
Attorneys for Debtors
3340 Monroe Street, Suite 1
LaPorte, IN  46350
(219) 326-7777

DATED _____

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the above and foregoing Reaffirmation Agreement and Declaration of Attorney for Debtors and Debtors were served by first class United States mail upon the following individuals, who are parties thereto, at their addresses indicated below, this 25 day of February , 2005.

Horizon Bank N.A.
515 Franklin Square
Michigan City, IN  46360
ATTN:  Kellie Rusboldt

U.S. Trustee's Office
One Michiana Square Building, Suite 555
100 E. Wayne Street
South Bend, IN  46601

Joseph D. Bradley, Esq.
Chapter 7 Trustee
105 E. Jefferson Blvd, Suite 512
South Bend, IN  46601

Gary J. Schoof
SCHOOF, SZILAGYI & DAVIS
Attorney for Debtors
3340 Monroe Street, Suite 1
LaPorte, IN  46350
(219) 326-7777