UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

RE: 288597

Case #04-36609
 Brett Alan Schuler
 Julie Lynne Schuler
 216 "C" Street
 LaPorte, IN 46350

## REAFFIRMATION AGREEMENT

The undersigned ["Debtor(s)"], having filed a Petition under Chapter 7 of the Bankruptcy Code, is/are indebted to Trustcorp Mortgage Company, formerly known as St. Joseph Mortgage Company ("Mortgage Company"), as indicated by certain loan or contract documents dated: **August 08, 2002.** Real Estate Mortgage on the real estate described in the Mortgage, upon which there remains an unpaid balance of: **Eighty Two Thousand Three Hundred Thirty Four Dollars and One Cents ($82,334.01)** for Valuable Consideration, the undersigned agree (s) as follows:

1. Reaffirmation. The Debtor(s) reaffirm(s) and agree(s) to pay to the Mortgage Company the sum of Mortgage, upon which there remains an unpaid balance of: **Eighty Two Thousand Three Hundred Thirty Four Dollars and One Cents. ($82,334.01)** with payments of **Six Hundred Ninety One Dollars and Zero Cents ($691.00)** representing the payment required by the Promissory Note and the monthly payment required by the Mortgage Company for the escrow account for the payment of taxes and insurance, until the indebtedness is paid in full. The Debtor(s) further agree(s) that all of the terms of the above-referenced documents, including the Mortgage Company's Promissory Note and Real Estate Mortgage shall remain valid and enforceable.
The parties agree that this Agreement may be filed with the Bankruptcy Court immediately after its execution.

2. Payments. The Debtor(s) agree(s) to commence monthly payments on the 1st day of the month following the filing of this Agreement with the Bankruptcy Court, and to continue on the 1st day of each month thereafter until the loan is paid in full. Debtor(s) acknowledge(s) and agree(s) that the monthly payment may vary from time to time based upon the Promissory Note and Real Estate Mortgage. In the event, this Agreement is rescinded by the Debtor(s), any monthly payments made to Mortgage Company, as adequate protection for the collateral, will become immediately due.

3. Past-Due Payments. In addition to the monthly payments

provided above, the Debtor(s) agree(s) to make up past-due payments immediately.

4.   Failure to Make Periodic Payments.   If the Debtor(s) fail(s) to make periodic payments, or fail(s) to maintain an adequate escrow account for the payment of insurance and taxes when such becomes due, then Mortgage Company may pursue its remedies under the above-referenced documents and this Agreement, as applicable.

5.   Terms and Conditions.   Debtor(s) further understand(s) and agree(s) that with the exception of the repayment schedule set out above, the Debtor(s) is/are subject to the same terms and conditions applicable to the loan as originally provided in the Promissory Note and Real Estate Mortgage.

6.   RESCISSION.   THE DEBTOR (S) MAY RESCIND THIS AGREEMENT BY GIVING NOTICE TO THE MORTGAGE COMPANY AT ANY TIME PRIOR TO DISCHARGE OR SIXTY (60) DAYS AFTER THIS AGREEMENT HAS BEEN FILED WITH THE COURT, WHICHEVER DATE IS LATER.

7.   DEBTOR UNDERSTANDS THAT THIS REAFFIRMATION AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE.   DEBTOR UNDERSTANDS THAT THIS REAFFIRMATION AGREEMENT IS NOT REQUIRED PURSUANT TO ANY NON-BANKRUPTCY LAW.   DEBTOR UNDERSTANDS THAT THIS REAFFIRMATION AGREEMENT IS NOT REQUIRED UNDER ANY AGREEMENT THAT IS NOT IN ACCORDANCE WITH 11 U.S.C. SECTION 524 ( C ).

Dated this _____ day of _____, 2004.

DEBTOR (S)

By: _____
By: _____

ACCEPTED BY:

TRUSTCORP MORTGAGE COMPANY
100 N. Michigan Suite 800
Post Office Box 149
South Bend, IN   46624
Telephone: (574) 239-7628

By _____

Ann Harris
Bankruptcy Specialist

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re:

BRETT A. SCHULER         )                    CASE NO. 04-36609
JULIE L. SCHULER          )
Debtors                    )


## DECLARATION OF ATTORNEY FOR DEBTORS TO ACCOMPANY REAFFIRMATION AGREEMENT

The undersigned attorney for the Debtors declare that the attached Reaffirmation Agreement, dated _____, 20____, between the Debtors and Trustcorp Mortgage Company, which is hereby submitted for filing with the court in the above-entitled case, represents a fully informed and voluntary agreement by the Debtors and does not impose and undue hardship on the Debtors or a dependent of the Debtors, and said attorney for the Debtors make this declaration based solely on information given to this attorney by the Debtors. The undersigned attorney has fully advised the Debtors of the legal effect and consequences of this agreement (pursuant to 11 U.S.C. SS 524 ©) and any default under this agreement.

DATED: _____

                                Brett Alan Schuler

DATED: _____

                                Julie Lynne Schuler

DATED _____

                                Gary J. Schoof
                                SCHOOF, SZILAGYI & DAVIS
                                Attorneys for Debtors
                                3340 Monroe Street, Suite 1
                                LaPorte, IN   46350
                                (219) 326-7777

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the above and foregoing Reaffirmation Agreement and Declaration of Attorney for Debtors and Debtors were served by first class United States mail upon the following individuals, who are parties thereto, at their addresses indicated below, this 25 day of ___February___, 2005.

Trustcorp Mortgage Company
100 N. Michigan , Suite 800
Post Office Box 149
South Bend, IN  46624
ATTN:  Ann Harris, Bankruptcy Specialist

U.S. Trustee's Office
One Michiana Square Building, Suite 555
100 E. Wayne Street
South Bend, IN   46601

Joseph D. Bradley, Esq.
Chapter 7 Trustee
105 E. Jefferson Blvd, Suite 512
South Bend, IN   46601

Gary J. Schoof
SCHOOF, SZILAGYI & DAVIS
Attorney for Debtors
3340 Monroe Street, Suite 1
LaPorte, IN   46350
(219) 326-7777